IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
AUG 20 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) INDICTMENT |
| v. | ) CASE NO. 1:24 CR 00302 |
| NADER J. ABDALLAH, | ) Title 18, United States Code, Sections 2113(a) |
| Defendant. | ) |

JUDGE OLIVER

COUNT 1
(Bank Robbery, 18 U.S.C. §§ 2113(a))

The Grand Jury charges:

On or about August 6, 2024, in the Northern District of Ohio, Eastern Division, Defendant NADER J. ABDALLAH, by force, violence or intimidation, did take from the person or presence of bank tellers and other employees at the Dollar Bank, 4730 Ridge Road, Brooklyn, Ohio, approximately $198 in U.S. Currency, belonging to, or in the care, custody, control, management, or possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.